# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Stephanie Deneice Hatcher, Debtor        Case No. 17-04489-JAW
                                                                                                 CHAPTER 13

## RESPONSE

COMES NOW, Debtor, by and through counsel, and responds to the Motion for Approval of a Loan Modification (dk#27) as follows:

I.

Debtor commenced this case on December 5, 2017 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.

Debtor does not wish to enter into the loan modification with Carrington Mortgage Services, LLC.

WHEREFORE, Debtor prays that the Motion be denied.

                                        Respectfully submitted,

                    By:     /s/ Thomas C. Rollins, Jr.
                               Thomas C. Rollins, Jr. (MSBN 103469)
                               Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on January 27, 2022, to:

By USPS First Class Mail:
    Carrington Mortgage Services, LLC
    701 Highlander Blvd., Ste.200
    Arlington, TX 76015

By Electronic CM/ECF Notice:

    Eric C. Miller, attorney for Carrington Mortgage Services, LLC

    James Henley

    U.S. Trustee

                                             /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr.